01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                            AT SEATTLE

08  UNITED STATES OF AMERICA,              )
                                           )   CASE NO. CR00-327-TSZ
09            Plaintiff,                    )
                                           )
10      v.                                  )
                                           )   SUMMARY REPORT OF U.S.
11  DAVID ARNOLD BURKE,                    )   MAGISTRATE JUDGE AS TO
                                           )   ALLEGED VIOLATIONS
12            Defendant.                     )   OF SUPERVISED RELEASE
    _____ )

13

14          An initial hearing on supervised release revocation in this case was scheduled before me

15  on July 13, 2012.   The United States was represented by AUSA Thomas Bates and the

16  defendant by Lynn Hartfield for Paula Deutsch.   The proceedings were digitally recorded.

17          Defendant had been sentenced on or about September 29, 2000 by the Honorable

18  Thomas S. Zilly on a charge of Armed Bank Robbery (two counts) and Bank Robbery (two

19  counts), and sentenced to 150 months custody, 5 years supervised release.[1]

20          The conditions of supervised release included the standard conditions plus the

21  _____

22          1 The Judgment could not be accessed on CM/ECF.   This information is taken from the violation report
    filed by the Probation Officer.   (Dkt. 80)

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

01 requirements that defendant submit to search and reside in a residential re-entry center for up to

02 120 days.   (Dkt. 66, 80.)

03        On June 18, 2012, defendant admitted violating the conditions of supervised release by

04 testing positive for heroin and marijuana, failing to report for urinalysis, testing positive for

05 heroin and cocaine, and failing to participate in substance abuse treatment. (Dkt. 78.)   A

06 disposition hearing was set before Judge Zilly on August 2, 2012.   Defendant was released on

07 an appearance bond. (Dkt. 79.)

08        In an application dated (Dkt. 80, 81), U.S. Probation Officer Jennifer J. Tien alleged the

09 following violations of the conditions of supervised release:

10        1.        Using cocaine and marijuana, on or before June 7, 2012, in violation of standard

11 condition No. 7.

12        2.        Using cocaine, marijuana and opiates, on or before June 28, and July 2, 2012, in

13 violation of standard condition No. 7.

14        Defendant was advised in full as to those charges and as to his constitutional rights.

15        Defendant admitted these violations and waived any evidentiary hearing as to whether

16 they occurred.   (Dkt. 82.)

17        I therefore recommend the Court find defendant violated his supervised release as

18 alleged in violations five and six, and that the Court conduct a hearing limited to the issue of

19 disposition.   The next hearing will be set before Judge Zilly.

20 / / /

21 / / /

22 / / /

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

01      Pending a final determination by the Court, defendant has been detained.

02      DATED this <u>16th</u> day of July, 2012.

03

04                                                        Mary Alice Theiler

05                                                        United States Magistrate Judge

06

07

08

09      cc:     District Judge:              Honorable Thomas S. Zilly
                AUSA:                        Thomas Bates
10              Defendant's attorney:        Paula Deutsch, Lynn Hartfield
                Probation officer:           Jennifer J. Tien
11

12

13

14

15

16

17

18

19

20

21

22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3